**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SENECA ONE, LLC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:10cv419 |
| ) | **Electronic Filing** |
| ) | |
| **JOSHUA SNAIR,** ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, this 20th day of April, 2010, upon consideration of the Complaint for Approval of Structured Settlement Transfer, and pursuant to 40 P. S. 4003(a)(5)(i)(B),

IT IS HEREBY ORDERED that the Court approves the proposed transfer of structured settlement payment rights by Payee, Joshua Snair, as requested in the Petition for Court Approval. The Clerk shall mark this case closed.

s/ David Stewart Cercone<br>
David Stewart Cercone<br>
United States District Judge

cc:   Ronald E. Reitz, Esquire
      Swartz Campbell
      600 Grant Street
      4750 U.S. Steel Building
      Pittsburgh, PA 15219